## UNITED STATES DISTRICT COURT
### PROBATION OFFICE
## DISTRICT OF NEW JERSEY

CHRISTOPHER MALONEY
CHIEF PROBATION OFFICER

THOMAS S. LARSON
SUPERVISING PROBATION OFFICER

October 13, 2010

200 FEDERAL PLAZA
ROOM 130
P.O. BOX 2097
PATERSON, NJ 07509-209
(973) 357-4080
FAX: (973) 357-4092

The Honorable Katharine S. Hayden, USDJ
Martin Luther King, Jr. Federal Building and Courthouse
P.O. Box 0999
Newark, NJ 07102

RE: Garcia, Woodrow
Dkt. No. 07-0824-001
Notification of Non-Compliance

Dear Judge Hayden:

On March 25, 2008, Your Honor sentenced Woodrow Garcia to 21 months imprisonment, 36 months supervised release, and a $100 special assessment for Distribution and Possession with Intent to Distribute Cocaine. Special conditions include drug testing/treatment, gang preclusion (Latin Kings), collection of DNA and obtaining his GED. On October 22, 2009, Garcia was released from custody and commenced the period of supervision. He completes his supervision term on October 21, 2012.

This letter serves as notification of Garcia's non-compliance with the standard conditions of supervision. Specifically, on October 4, 2010, Garcia provided a urine specimen that the laboratory confirmed was positive for cocaine. Despite the positive drug test, Garcia continues to deny ingesting cocaine. As a result of this non-compliance, Garcia will remain in our random drug testing program and will be evaluated to determine if treatment is needed at this time.

Please advise if you are amenable to the aforementioned or believe an alternative course of action is warranted. As always, we are available should you wish to discuss this matter. You may contact the undersigned at (973) 357-4090.

Very truly yours,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Denise Morales
U.S. Probation Officer

/dm

*Proposed course of action is approved.*
*KSHayden USDJ*
*10/18/10*