PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: Woodrow Garcia                                    Cr.:07-00824-001
                                                                    PACTS Number: 49853

Name of Sentencing Judicial Officer: Katharine S. Hayden, USDJ

Date of Original Sentence: 03/25/08

Original Offense: Distribution and Possession With Intent to Distribute Cocaine

Original Sentence: 21 months imprisonment, 3 years supervised release, $100 special assessment

Type of Supervision: Supervised Release                    Date Supervision Commenced: 10/22/09

### PETITIONING THE COURT

[ ]   To extend the term of supervision for          Years, for a total term of          Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

MENTAL HEALTH TREATMENT

You shall undergo treatment in a mental health program approved by the United States Probation Office until discharged by the Court. As necessary, said treatment may also encompass treatment for gambling, domestic violence and/or anger management, as approved by the United States Probation Office, until discharged by the Court. The Probation Officer shall supervise your compliance with this condition.

### CAUSE

Garcia is currently experiencing marital difficulty and emotional stress due to his father's deteriorating health. He attributes the use of cocaine to the current issues in his personal life. Garcia believes he may benefit from counseling.

Respectfully submitted,

*[signature]*

By: Denise Morales
    U.S. Probation Officer
Date: 11/12/10

PROB 12B - Page 2
Woodrow Garcia

THE COURT ORDERS:

[✓] The Modification of Conditions as Noted Above
[✓] The Extension of Supervision as Noted Above
[ ] No Action
[ ] Other

_____
Signature of Judicial Officer

11/17/10
_____
Date